## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ISADORE GARTRELL,                    )
ANTOINE GROSS,                       )
DARNELL STANLEY,                     )
   and                 )
                                 )
CARL WOLFE,                          )
                                 )
    Plaintiffs,   )
                                 )   Civil Action No. 01-CV-1895 (HHK)
    v.            )
                                 )   Class Action Allegations
JOHN D. ASHCROFT,                    )
KATHLEEN HAWK SAWYER,                )   **FILED**
   and                 )
THE FEDERAL BUREAU OF PRISONS,       )   OCT 2 6 2001
                                 )
    Defendants.   )   NANCY MAYER WHITTINGTON, CLERK
                                 )   U.S. DISTRICT COURT

### ORDER GRANTING PLAINTIFFS' MOTION FOR REDUCTION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for Reduction of Defendants' Time to Respond to Plaintiffs Motion for Class Certification, under D.C. L. Cv. R. 7.1(b);

it is, this 25th day of October, 2001, hereby: ) *is denied as it is moot.*

ORDERED that Plaintiffs' Motion ~~for Reduction of Defendants' Time to Respond to Plaintiffs' Motion for Class Certification is GRANTED; and it is further~~

~~ORDERED that Defendants must respond to Plaintiffs' Motion for Class Certification no later than October 3, 2001.~~

*Henry Kennedy Jr.*
Henry H. Kennedy, Jr.
United States District Judge

\\\DC - 90334/8994 - #1386825 v2

*19*



Copies to:

E. Desmond Hogan
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, D.C. 20004

Arthur B. Spitzer
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036

Daria J. Zane
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Paul Schneider
Assistant General Counsel
Federal Bureau of Prisons
320 First St., N.W., Suite 770
Washington, D.C. 20534

\\\DC - 90334/8994 - #1386825 v2