UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ISADORE GARTRELL,<br>ANTOINE GROSS,<br>DARNELL STANLEY,<br>and<br>CARL WOLFE,<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN D. ASHCROFT,<br>KATHLEEN HAWK SAWYER,<br>and<br>THE FEDERAL BUREAU OF PRISONS<br><br>      Defendants. | Civil Action No. 01-CV-1895 (HHK)<br>Class Action Allegations<br><br>**FILED**<br><br>NOV 0 1 2001<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## SCHEDULING AND INMATE RETENTION ORDER

Following a three-day consolidated preliminary injunction hearing and bench trial on the merits in the above-captioned matter, it is hereby

ORDERED that the following inmates be incarcerated at either the Central Facility at Lorton, the Correctional Treatment Facility in the District of Columbia, or in the D.C. Jail until further Order of this Court: Isadore Gartrell, Antoine Gross, Darnell Stanley, Marlon White, and Carl Wolfe. It is

FURTHER ORDERED that the parties file proposed findings of fact, conclusions of law, and briefs on legal issues on or before November 21, 2001. It is

FURTHER ORDERED that the parties may file reply briefs no later than December 5, 2001.

Done and dated this ___/s/___ day of November 2001.

BY THE COURT:

*/s/ Henry H. Kennedy*
Henry H. Kennedy, Jr.
United States District Court Judge

Copies to:

E. Desmond Hogan
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, D.C. 20004

Arthur B. Spitzer
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036

Daria J. Zane
Assistant United States Attorney
555 Fourth St., N.W.
Room 10-409
Washington, D.C. 20001

Paul M. Schneider
Assistant General Counsel
Federal Bureau of Prisons
320 First St., N.W., Suite 770
Washington, DC 20534