UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISADORE GARTRELL, et al.,

    Plaintiffs,

v.

JOHN D. ASHCROFT, et al.,

    Defendants.

Civil Action 01-01895 (HHK)

FILED

FEB 1 9 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 19th day of February, 2002, hereby

**ORDERED and ADJUDGED** that judgment is entered in favor of plaintiffs; and it is further

**ORDERED and ADJUDGED** that the defendants (collectively "BOP"), before designating any inmate to a Virginia Department of Corrections ("VDOC") institution, shall consider each inmate's religious beliefs and practices and, to the extent those beliefs and practices would be burdened by the VDOC grooming policy, that factor shall militate against BOP designating that inmate to a VDOC institution; and it is further

**ORDERED and ADJUDGED** that BOP shall immediately evaluate whether the grooming policy of VDOC burdens the religious beliefs and practices of each of its inmates housed in a VDOC institution. If a BOP inmate's religious beliefs and practices are found to be

burdened by the VDOC grooming policy, BOP shall promptly transfer that inmate out of VDOC; and it is further

**ORDERED and ADJUDGED** that all disciplinary action imposed on any class member as a result of the class member's refusal to comply with the VDOC grooming policy shall be expunged from any BOP record of such action immediately; and it is further

**ORDERED and ADJUDGED** that the court shall retain jurisdiction over this matter to ensure that the terms of its injunction are obeyed and for appropriate ancillary proceedings.

/s/ Henry H. Kennedy, Jr.
Henry H. Kennedy, Jr.
United States District Judge