UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISADORE GARTRELL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALBERTO GONZALES, et al.,**<br><br>Defendants. | Civil Action 01-01895  (HHK) |

### ORDER

On December 11, 2006, this court ordered Defendant United States Attorney General Alberto Gonzales to show cause why plaintiff Talib 'Abdul-Wali's motion to enforce this court's February 19, 2002, judgment should not be granted.  Defendant Gonzalez filed a timely written response to the court's order on January 12, 2007, setting forth his position regarding Mr. Talib 'Abdul-Wali's motion.

Upon consideration of Talib 'Abdul-Wali's motion and the response of United States Attorney General Alberto Gonzales to this court's order to show cause,  it is this 14th  day of February, 2007,  hereby

**ORDERED** that the court's order to show cause [#98] is hereby **DISCHARGED**; and it is further

**ORDERED** the motion of Talib 'Abdul-Wali's to enforce the judgment (#97) is **DENIED** as it is moot.

                                              Henry H. Kennedy, Jr.
                                              United States District Judge